No. 1976, Misc. HALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1997, Misc. BERTONE *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 1999, Misc. BENSON *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 2008, Misc. BREVIK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 2011, Misc. HOLT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 2014, Misc. BENSON *v.* EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 2022, Misc. VITORATOS *v.* MORRIS, JUDGE. Sup. Ct. Ohio. Certiorari denied.

No. 2024, Misc. FLAGLER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 2025, Misc. STEMLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 2058, Misc. BOWMAN *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 431, Misc. WILLIAMS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.